NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAX SOUND CORPORATION,**
*Plaintiff-Appellant*

**VEDANTI SYSTEMS LIMITED,**
*Plaintiff*

**v.**

**GOOGLE LLC, YOUTUBE, LLC, ON2 TECHNOLOGIES, INC.,**
*Defendants-Appellees*

**GRANT & EISENHOFER, P.A.,**
*Defendant*

---

2018-1039

---

Appeal from the United States District Court for the Northern District of California in No. 5:14-cv-04412-EJD, Judge Edward J. Davila.

---

**JUDGMENT**

---

ERIC WILLIAM BUETHER, Buether Joe & Carpenter LLC, Dallas, TX, argued for plaintiff-appellant. Also represented by BLAKE WILLIAM BUETHER.

ISRAEL SASHA MAYERGOYZ, Jones Day, Chicago, IL, argued for defendants-appellees. Also represented by GREGORY A. CASTANIAS, Washington, DC; SANJIV PRAKASH LAUD, Minneapolis, MN; JOSHUA R. NIGHTINGALE, Pittsburgh, PA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 12, 2019</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court